IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN THE MATTER OF:  
Michael A. Prandine  
             Debtor(s)

CHAPTER 7, CASE NO. 20-10015-SDB

TRUSTEE'S FILE NO.

## TRUSTEE'S REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY

| | VALUE | CLAIMED AS EXEMPTION | ABANDONED |
|---|---|---|---|
| **Real Estate** | | | |
| 2599 Gus Perdue Rd Wrens GA 30833-0000 Jefferson | $ 38,500.00 | $ 17,500.00 | |
| **Cars, vans, trucks, tractors, SUV's, motorcycles** | | | |
| 2009 Dodge Grand Caravan mileage: 350,000 Cab # 82. Inoperable. | $ 500.00 | $ 0.00 | |
| 2011 Dodge Grand Caravan mileage: 300,000 | $ 2,400.00 | $ 0.00 | |
| 2011 Dodge Grand Caravan mileage: 280,000 Cab # 80 - not running. | $ 2,500.00 | $ 1,000.00 | |
| 2012 Ford Explorer Limited mileage: 40,000 Damaged in 3 separate auto accidents. Subject for recall due to issue with computer steering controls. | $ 3,750.00 | $ 2,750.00 | |
| **Watercraft, aircraft, motor homes, ATVs/rec. vehicles** | | | |
| **Household Goods/Furnishings** | $ 1,770.00 | $ 1,770.00 | |
| **Electronics** | $ | $ | |
| **Collectibles of value** | $ | $ | |
| **Equipment for sports and hobbies** | | | |
| Compound crossbow | $ 160.00 | $ 160.00 | |
| **Firearms** | | | |
| 12 gauge Mossberg pump action $180.00 12 gauge Mossberg auto action $180.00 Taurus .45 cal semi-auto pistol $150.00 TOTAL VALUE $530.00 | $ 530.00 | $ 530.00 | |
| Clothes (Includes furs, designer wear, shoes, accessories) | $ 300.00 | $ 300.00 | |
| **Jewelry** | $ | $ | |
| **Non-farm animals** | | | |
| **Cash on Hand** | $ 100.00 | $ 100.00 | |
| **Deposits in banks, etc.** | | | |
| Bank of America | $ 60.00 | $ 0.00 | |
| Bank of America | $ 150.00 | $ 150.00 | |
| Bank of America | $ 20.00 | $ 20.00 | |
| Bank of America - joint account with mother | $ 3,250.00 | $ 3,250.00 | |
| **Stocks/Bonds** | | | |
| **Business Interests** | | | |
| **Pension/Retirement** | | | |
| Edward Jones | $ 8,202.34 | $ 8,202.34 | |

| | | |
|---|---|---|
| Licenses, franchises, and other general intangibles | | |
| **Insurance Policies** | | |
| **Tax Refunds** | $ | $ |
| **Accounts Receivable** | | |
| **Contingent Claims of Every Nature** | | |
| **Office Equipment** | | |
| **Machinery/Equipment** | | |
| **Inventory** | | |
| **Farm or Comm. Fishing Equip./Supplies/Farm animals** | $ | $ |
| **Other Personal Property of Any Kind** | | |
| Riding lawn mower $300.00 Push lawn mower $50.00 Utility trailer $300.00 Assorted power tools $500.00 TOTAL VALUE $1150.00 | $ 1,150.00 | $ 1,150.00 |

NOW COMES, Joseph E. Mitchell, III, Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate. *Chapter 5 assets not abandoned*

Dated: *02/19/20*

_____
Joseph E. Mitchell, III, Trustee

*20 10015*